**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Charlene R. Cook** | Social Security number or ITIN **xxx–xx–7888** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16–22211–CMB** | |

# Order of Discharge                                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charlene R. Cook

10/26/16                                                    **By the court:**   Carlota M. Bohm
                                                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Charlene R. Cook  
    Debtor  

Case No. 16-22211-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 2     Date Rcvd: Oct 26, 2016  
                         Form ID: 318     Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2016.

```
db         +Charlene R. Cook,    533 W. Brady Street,    Butler, PA 16001-5409
cr         +Peoples TWP LLC,    c/o Barbara Rodgers,    375 North Shore Drive,    Pittsburgh, PA 15212-5866
14246152   +Armstrong,    437 North Main St.,    Butler, PA 16001-4358
14246154    BHS Faster Care PLLC,    PO Box 1549, Suite 550,    Butler, PA 16003-1549
14246157    Butler Memorial Hospital,    P.O. Box 37171,    Baltimore, MD 21297-3171
14246160   ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
            (address filed with court: Collection Service Center,    P.O. Box 1623,    Butler, PA 16003-1623)
14246158   +Citibank/Citigroup,    Bankruptcy Dept.,    P.O. Box 6034,    Sioux Falls, SD 57117-6034
14246159   +Client Services, Inc.,    3451 Harry Truman Bl,    Saint Charles, MO 63301-9816
14246163   +Midland Credit Management Inc.,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
14246164   +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
14246165    One Main Financial,    Bankruptcy Department,    P.O. Box 140489,    Irving, TX 75014-0489
14246171   +PNC Bank,    P.O. Box 747032,    Pittsburgh, PA 15274-7032
14246170    PNC Bank,    P.O. Box 1820,    Dayton, OH 45401-1820
14246167    Penn Credit Corp.,    P.O. Box 988,    Harrisburg, PA 17108-0988
14246168    PennPower,    PO Box 3687,    Akron, OH 44309-3687
14246174   +STWRT GRENACS,    P.O. Box 20049,    Scranton, PA 18502-0049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr         +EDI: QNLCARDIELLO.COM Oct 27 2016 01:13:00    Natalie Lutz Cardiello,    107 Huron Drive,
            Carnegie, PA 15106-1826
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 27 2016 01:28:07    Pennsylvania Dept. of Revenue,
            Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
            Harrisburg, PA  17128-0946
14246151    EDI: RMSC.COM Oct 27 2016 01:13:00    American Eagle/MCCBG,    P.O. Box 103024,
            Roswell, GA 30076
14246153   +E-mail/Text: banko@berkscredit.com Oct 27 2016 01:27:54    Berks Credit Collection,
            P.O. Box 329,    Temple, PA 19560-0329
14246155    EDI: HFC.COM Oct 27 2016 01:13:00    Boscov's,    P.O. Box 17642,    Baltimore, MD 21297-1642
14246156   +E-mail/Text: jschon@basapa.org Oct 27 2016 01:27:46    Butler Area Sewer Authority,
            100 Litman Road,    Butler, PA 16001-3294
14246161   +EDI: HFC.COM Oct 27 2016 01:13:00    HSBC/BERGD,    P.O. Box 9,    Buffalo, NY 14240-0009
14246162    EDI: CBSKOHLS.COM Oct 27 2016 01:13:00    Kohls,    P.O. Box 3043,    Milwaukee, WI 53201-3043
14246166   +E-mail/Text: csc.bankruptcy@amwater.com Oct 27 2016 01:29:03    PA American Water,
            P.O. Box 578,    Alton, IL 62002-0578
14246172    EDI: BANKAMER.COM Oct 27 2016 01:13:00    PNC Bank,    Bank Card Services,    P.O. Box 15026,
            Wilmington, DE 19850-5026
14246173    EDI: PRA.COM Oct 27 2016 01:08:00    Portfolio Recovery Associates,    120 Corporate Blvd.,
            Suite 100,    Norfolk, VA 23502
14246175    EDI: RMSC.COM Oct 27 2016 01:13:00    Synchrony Bank/Old Navy,    P.O. Box 965005,
            Orlando, FL 32896-5005
14246176    EDI: RMSC.COM Oct 27 2016 01:13:00    Synchrony Bank/Walmart,    P.O. Box 965024,
            Orlando, FL 32896-5024
14246177   +EDI: CITICORP.COM Oct 27 2016 01:13:00    Universal Card/Citibank,    P.O. Box 6241,
            Sioux Falls, SD 57117-6241
                                                                                              TOTAL: 14
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr              Fannie Mae
14246169       ##Peoples Twp.,    P.O. Box 37745,    Philadelphia, PA 19101-5045
                                                                                 TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2           User: admin              Page 2 of 2              Date Rcvd: Oct 26, 2016
                               Form ID: 318             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
          Dai  Rosenblum    on behalf of Debtor Charlene R. Cook dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
          Joshua I. Goldman    on behalf of Creditor    Fannie Mae bkgroup@kmllawgroup.com
          Natalie Lutz Cardiello     ncardiello@comcast.net,  ncardiello@ecf.epiqsystems.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5
```